TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00679-CV

Janice Kay Hoffman, Appellant

v.

Matthew Steffe, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 94-11720, HONORABLE DON G. HUMBLE, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: January 23, 1997

Do Not Publish